# STATE OF MICHIGAN

# COURT OF APPEALS

TED WHITBY, f/k/a THEODORE WHITBY,

        Plaintiff-Appellant,

and

TRACEY WHITBY,

        Plaintiff,

v

DENNIS LEE WRIGHT, a/k/a DENNIS L.
WRIGHT,

        Defendant-Appellee.

UNPUBLISHED
July 16, 2015

No. 321272
Calhoun Circuit Court
LC No. 2013-001578-NO

Before: O'CONNELL, P.J., and OWENS and M. J. KELLY, JJ.

M. J. KELLY, J. (*concurring*).

        I concur in the result only.

                                  /s/ Michael J. Kelly

-1-